UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: NICHOLS, TIMOTHY J. | § | Case No. 10-72874 |
| NICHOLS, JENNIFER K. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/18/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/28/2011     By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: NICHOLS, TIMOTHY J. | § Case No. 10-72874 |
|---|---|
| NICHOLS, JENNIFER K. | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 63,536.33 |
| and approved disbursements of | $ 1,137.38 |
| leaving a balance on hand of [1] | $ 62,398.95 |
| **Balance on hand:** | $ 62,398.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 62,398.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,879.00 | 0.00 | 4,879.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 117.48 | 0.00 | 117.48 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,472.00 | 0.00 | 2,472.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,468.48 |
| Remaining balance: | $ 54,930.47 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 54,930.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 54,930.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,588.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 1,130.42 | 0.00 | 1,130.42 |
| 2 | Chase Bank USA, N.A. | 3,446.04 | 0.00 | 3,446.04 |
| 3 | Chase Bank USA, N.A. | 2,008.95 | 0.00 | 2,008.95 |
| 4 | Advantage Assets II, Inc. | 5,159.28 | 0.00 | 5,159.28 |
| 5 | Chase Bank USA, N.A | 2,448.10 | 0.00 | 2,448.10 |
| 6 | DOE | 46.55 | 0.00 | 46.55 |
| 7 | Capital Recovery III LLC | 3,576.72 | 0.00 | 3,576.72 |
| 8 | Dell Financial Services L.L.C. | 2,063.29 | 0.00 | 2,063.29 |
| 9 | PYOD LLC its successors and assigns as assignee of | 8,792.04 | 0.00 | 8,792.04 |
| 10 | Fia Card Services, NA/Bank of America | 3,917.34 | 0.00 | 3,917.34 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 32,588.73 |
| Remaining balance: | $ | 22,341.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 22,341.74 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 22,341.74 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $95.45. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $22,246.29.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                            Case No. 10-72874-MB
Timothy J. Nichols                                                Chapter 7
Jennifer K. Nichols
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 2               Date Rcvd: Apr 15, 2011
                              Form ID: pdf006             Total Noticed: 87


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db/jdb       +Timothy J. Nichols,    Jennifer K. Nichols,    708 Spring Drive,    Marengo, IL 60152-3383
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +James P Mullally,    Konewko & Assoc., Ltd.,    29W204 Roosevelt Road,
               West Chicago, IL 60185-3926
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty          +Olivia P Dirig,    Franks, Gerkin & McKenna,    193333 East Grant Highway,    PO Box 5,
               Marengo, IL 60152-0005
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15672185     +A/R Concepts (Original Creditor:Med,    2320 Dean St Suite 202,    Saint Charles, IL 60175-1068
15672190     +AT&T Wireless,    PO Box 6428,   Carol Stream, IL 60197-6428
15672186     +Action Card/Bankfirst,    Po Box 105555,    Atlanta, GA 30348-5555
16157799     +Advantage Assets II, Inc.,    7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2053
15672187     +Affiliated, Ear, Nose & Throat,    2441 Lake Shore Drive,    Woodstock, IL 60098-6911
15672188      Amazon.com,    P.O. Box 15153,   Wilmington, DE 19886-5153
15672189     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
15672192     +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
15672191      Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019
15672193     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15672195     +Castle Bank,    PO Box 867,    141 West Lincoln Highway,    Dekalb, IL 60115-3699
15672196     +Centegra,    PO Box 1990,   Woodstock, IL 60098-1990
15672198     +Chase,    201 N Walnut Street,    Wilmington, DE 19801-2920
15672197     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15672199      Chase Bank,    PO Box 15153,   Wilmington, DE 19886-5153
16152423      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16224485     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15672200     +Chase Bank Usa, Na,    Po Box 15298,   Wilmington, DE 19850-5298
15672201     +Chase Home Mortgage,    PO Box 9001871,    Louisville, KY 40290-1871
15672202     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15672204     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
15672205     +Citifinanc,    4500 New Linden Hill Rd,    Wilmington, DE 19808-2922
15672206     +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
15672207     +Creditors Collection B (Original Cr,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
16327126      DOE,    Sallie Mae Inc., on behalf of the,    Department of Education,    P.O. Box 740351,
               Atlanta, GA 30374-0351
15672210      Dell Financial Services,    P.O. Box 6403,    Carol Stream, IL 60197-6403
16412639      Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
15672211     +Dependon Collection Se (Original Cr,    Po Box 4833,    Oak Brook, IL 60522-4833
15672212     +Dept Of Ed/Sallie Mae,    Po Box 9635,    Wilkes Barre, PA 18773-9635
15672213     +Eaf Llc (Original Creditor:08 Chase,    1120 West Lake Co Suite B,    Buffalo Grove, IL 60089-1970
15672214     +Elgin Laboratory,    P.O. Box 1515,    Addison, IL 60101-8515
15672215     +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
15672216     +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15672217     +Fnb Marengo,    102 N State St,    Marengo, IL 60152-2218
15672218     +Fst Mdwst Bk,    300 N Hunt Club Rd,    Gurnee, IL 60031-2502
15672220     +H & R Accounts Inc (Original Credit,    7017 John Deere Pkwy,    Moline, IL 61265-8072
15672221      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
15672222     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
15672223     +Hsbc/Harlm,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
15672224     +Hsbc/Nautl,    90 Christiana Road,    New Castle, DE 19720-3118
15672228     +Lane Bryant,    Po Box 182121,    Columbus, OH 43218-2121
15672229     +Lane Bryant Retail/Soa,    450 Winks Ln,    Bensalem, PA 19020-5932
15672230     +Lerners,    Po Box 182121,    Columbus, OH 43218-2121
15672231     +Ltd Financial Svcs Lp (Original Cre,    7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
15672239      MHS Physician Services,    PO Box 5081,    Janesville, WI 53547-5081
15672232      Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
15672233      Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
15672234     +Marengo Rescue,    110 Telegraph,    Marengo, IL 60152-3155
15672235     +McHenry Radiologists,    PO Box 220,    Mchenry, IL 60051-0220
15672236      McHenry Radiologists Imaging Assoc,    P.O. Box 220,    McHenry, IL 60051-0220
15672237     +Medical Business Burea (Original Cr,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
15672238      Medical Business Bureau, LLC,    P.O. Box 1219,    Park Ridge, IL 60068-7219
15672240     +Mitsubishi Motor Credi,    1101 Perimeter Dr Ste 65,    Schaumburg, IL 60173-5844
15672241     +Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
15672242     +Mrsi (Original Creditor:Provena Sai,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
15672243      Nautilus, Inc.,    HSBC Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
15672244      Nco Fin /99 (Original Creditor:Medi,    Pob 41466,    Philadelphia, PA 19101
16465871     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15672245      Provena St. Joseph Hospital,    75 Remittance Drive, Suite 1174,    Chicago, IL 60675-1174
15672246      Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
15672247     +RiverWest Anesthesiologist,    185 Penny Avenue,    Dundee, IL 60118-1454
15672248     +Sears/Cbsd,    701 East 60th St N Po Box 6241,    Sioux Falls, SD 57117-6241
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2                   Date Rcvd: Apr 15, 2011
                              Form ID: pdf006            Total Noticed: 87

15672249     +Snaponcred,   1125 Tri-State Parkway,   Gurnee, IL 60031-9177
15672253    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   PO Box 5855,   Carol Stream, IL 60197)
15672251     +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
15672252      Town Square Anesthesia, LLC,   39317 Treasury Center,   Chicago, IL 60694-9300
15672255     +Webbank/Dfs,   12234 N Ih 35 Sb Bldg B,   Austin, TX 78753-1705
15672256      Well Care Neonatologists,   P.O. Box 360,   South Elgin, IL 60177-0360
15672257     +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
15672258     +Wsb Lombar,   701-711 S Westmore Ave,   Lombard, IL 60148-3712
15672259      Zales/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16364897      E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2011 00:15:14      Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15672194     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:24:41      Care/Gemb,   Po Box 981439,
              El Paso, TX 79998-1439
15672208      E-mail/Text: clerical.department@yahoo.com Apr 15 2011 22:06:35      Creditors Collection Bureau,
              P.O. Box 63,   Kankakee, IL 60901-0063
15672212     +E-mail/PDF: pa_dc_ed@salliemae.com Apr 16 2011 00:15:58      Dept Of Ed/Sallie Mae,   Po Box 9635,
              Wilkes Barre, PA 18773-9635
16486514      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:10:08
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
15672219     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:04      Gemb/Jcp,   Po Box 981402,
              El Paso, TX 79998-1402
15672225     +E-mail/Text: ebnsterling@weltman.com Apr 15 2011 22:03:29      Jareds Jewelers,   375 Ghent Rd,
              Akron, OH 44333-4601
15672226      E-mail/PDF: cr-bankruptcy@kohls.com Apr 16 2011 00:10:30      Kohl's,   P.O. Box 2983,
              Milwaukee, WI 53201-2983
15672227     +E-mail/PDF: cr-bankruptcy@kohls.com Apr 16 2011 00:10:30      Kohls/Chase,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16093587      E-mail/PDF: BNCEmails@blinellc.com Apr 16 2011 00:12:28      Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
15672250     +E-mail/Text: bkr@cardworks.com Apr 15 2011 22:06:23      Spiegel,
              Card Processing Ce P.O. Box 9204,   Old Bethpage, NY 11804-9004
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
15672203*    +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
15672209*     Creditors Collection Bureau, Inc.,   P.O. Box 63,   Kankakee, IL 60901-0063
15672254    ##+Transworld Systems,   P.O. Box 1864,   Santa Rosa, CA 95402-1864
                                                                                TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**          **Signature:**    _Joseph Speetjens_