# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: NICHOLS, TIMOTHY J. | § Case No. 10-72874 |
| NICHOLS, JENNIFER K. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,854.45 | Assets Exempt: $5,854.45 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $32,684.18 | Claims Discharged |
| | Without Payment: $0.00 |
| Total Expenses of Administration: $8,605.86 | |

3) Total gross receipts of $ 63,536.33 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 22,246.29 (see **Exhibit 2**), yielded net receipts of $41,290.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $248,943.96 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,133.86 | 8,605.86 | 8,605.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 32,684.18 | 32,684.18 | 32,684.18 |
| **TOTAL DISBURSEMENTS** | $248,943.96 | $38,818.04 | $41,290.04 | $41,290.04 |

4) This case was originally filed under Chapter 7 on June 04, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2011            By:  /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1249-000 | 63,533.80 |
| Interest Income | 1270-000 | 2.53 |
| **TOTAL GROSS RECEIPTS** | | $63,536.33 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NICHOLS, TIMOTHY J. | Dividend paid 100.00% on $22,246.29; Claim# SURPLUS; Filed: $22,246.29; Reference: | 8200-000 | 22,246.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $22,246.29 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Financial Services | 4110-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank | 4110-000 | 42,034.65 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Mortgage | 4110-000 | 197,909.31 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $248,943.96 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,879.00 | 4,879.00 | 4,879.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 117.48 | 117.48 | 117.48 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 2,472.00 | 2,472.00 |
| Safanda Law Firm | 3210-600 | N/A | 1,137.38 | 1,137.38 | 1,137.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,133.86 | 8,605.86 | 8,605.86 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 1,130.42 | 1,130.42 | 1,130.42 |
| 1I | Roundup Funding, LLC | 7990-000 | N/A | 3.31 | 3.31 | 3.31 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,446.04 | 3,446.04 | 3,446.04 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 10.09 | 10.09 | 10.09 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,008.95 | 2,008.95 | 2,008.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Chase Bank USA, N.A. | 7990-000 | N/A | 5.88 | 5.88 | 5.88 |
| 4 | Advantage Assets II, Inc. | 7100-000 | N/A | 5,159.28 | 5,159.28 | 5,159.28 |
| 4I | Advantage Assets II, Inc. | 7990-000 | N/A | 15.11 | 15.11 | 15.11 |
| 5 | Chase Bank USA,N.A | 7100-000 | N/A | 2,448.10 | 2,448.10 | 2,448.10 |
| 5I | Chase Bank USA,N.A | 7990-000 | N/A | 7.17 | 7.17 | 7.17 |
| 6 | DOE | 7100-000 | N/A | 46.55 | 46.55 | 46.55 |
| 6I | DOE | 7990-000 | N/A | 0.14 | 0.14 | 0.14 |
| 7 | Capital Recovery III LLC | 7100-000 | N/A | 3,576.72 | 3,576.72 | 3,576.72 |
| 7I | Capital Recovery III LLC | 7990-000 | N/A | 10.48 | 10.48 | 10.48 |
| 8 | Dell Financial Services L.L.C. | 7100-000 | N/A | 2,063.29 | 2,063.29 | 2,063.29 |
| 8I | Dell Financial Services L.L.C. | 7990-000 | N/A | 6.04 | 6.04 | 6.04 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 8,792.04 | 8,792.04 | 8,792.04 |
| 9I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 25.75 | 25.75 | 25.75 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 3,917.34 | 3,917.34 | 3,917.34 |
| 10I | Fia Card Services, NA/Bank of America | 7990-000 | N/A | 11.48 | 11.48 | 11.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 32,684.18 | 32,684.18 | 32,684.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-72874

Case Name: NICHOLS, TIMOTHY J.
NICHOLS, JENNIFER K.

Period Ending: 07/27/11

Trustee:    (330400)    JOSEPH D. OLSEN

Filed (f) or Converted (c):    06/04/10 (f)

§341(a) Meeting Date:    07/26/10

Claims Bar Date:    10/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 708 Spring Drive, Marengo, | Unknown | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account Chase Bank | 123.42 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account Chase Bank | 6.03 | 0.00 | DA | 0.00 | FA |
| 4 | Living Room Furniture | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Stereo | 75.00 | 0.00 | DA | 0.00 | FA |
| 6 | Dining Room Furniture | 75.00 | 0.00 | DA | 0.00 | FA |
| 7 | Washer/Dryer | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Microwave | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | Refrigerator | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Vacuum | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | TV(2) | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | DVD Payer(2) | 50.00 | 0.00 | DA | 0.00 | FA |
| 13 | Bedroom Furniture | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | Kitchen Table | 75.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stove | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | Kitchen Utensils | 25.00 | 0.00 | DA | 0.00 | FA |
| 17 | Dishwasher | 100.00 | 0.00 | DA | 0.00 | FA |
| 18 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Lawn Mower, yard tools & tools | 390.00 | 0.00 | DA | 0.00 | FA |
| 20 | Exercise Equipment, Video Systems & Games | 400.00 | 0.00 | DA | 0.00 | FA |
| 21 | Costume Jewelry | 20.00 | 0.00 | DA | 0.00 | FA |
| 22 | Rings(2) | 100.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2005 Toyota Siena in Debtor's possession | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | 1999 Oldsmobile Alero | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1992 Chevrolet Camaro | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 26 | Auto Specialists, Inc. | Unknown | 100,000.00 | | 0.00 | FA |
| 27 | Inheritance  (u) | 0.00 | 63,533.80 | | 63,533.80 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-72874 | **Trustee:**    (330400)    JOSEPH D. OLSEN |
| **Case Name:**    NICHOLS, TIMOTHY J. | **Filed (f) or Converted (c):** 06/04/10 (f) |
|                   NICHOLS, JENNIFER K. | **§341(a) Meeting Date:**    07/26/10 |
| **Period Ending:** 07/27/11 | **Claims Bar Date:**    10/30/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST  (u) | Unknown | N/A | | 2.53 | FA |
| **28** | **Assets**    **Totals** (Excluding unknown values) | **$14,854.45** | **$163,533.80** | | **$63,536.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2011        **Current Projected Date Of Final Report (TFR):**    March 28, 2011  (Actual)

Printed: 07/27/2011 02:23 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-72874 | |
| **Case Name:** | NICHOLS, TIMOTHY J. | |
| | NICHOLS, JENNIFER K. | |
| **Taxpayer ID #:** | **-***3798 | |
| **Period Ending:** | 07/27/11 | |

| | | |
|---|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account:** | 9200-******08-65 - Money Market Account | |
| **Blanket Bond:** | $1,500,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/11 | {27} | Law Office of Charles Nave | Receipt of funds from undisclosed inheritance | 1249-000 | 63,533.80 | | 63,533.80 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.20 | | 63,534.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 63,535.46 |
| 03/03/11 | | To Account #9200******0866 | Pay Special Counsel fees/expenses | 9999-000 | | 1,137.38 | 62,398.08 |
| 03/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.87 | | 62,398.95 |
| 03/18/11 | | To Account #9200******0866 | Prep. of F. Rpt | 9999-000 | | 62,398.95 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 63,536.33 | 63,536.33 | $0.00 |
| Less: Bank Transfers | 0.00 | 63,536.33 |
| **Subtotal** | 63,536.33 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$63,536.33** | **$0.00** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-72874 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** NICHOLS, TIMOTHY J. | **Bank Name:** The Bank of New York Mellon |
| NICHOLS, JENNIFER K. | **Account:** 9200-******08-66 - Checking Account |
| **Taxpayer ID #:** **-***3798 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 07/27/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/03/11 | | From Account #9200******0865 | Pay Special Counsel fees/expenses | 9999-000 | 1,137.38 | | 1,137.38 |
| 03/03/11 | 101 | Safanda Law Firm | Payment of special counsel fees/expenses | 3210-600 | | 1,137.38 | 0.00 |
| 03/18/11 | | From Account #9200******0865 | Prep. of F. Rpt | 9999-000 | 62,398.95 | | 62,398.95 |
| 05/18/11 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,472.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,472.00 | 59,926.95 |
| 05/18/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $117.48, Trustee Expenses; Reference: | 2200-000 | | 117.48 | 59,809.47 |
| 05/18/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,879.00, Trustee Compensation; Reference: | 2100-000 | | 4,879.00 | 54,930.47 |
| 05/18/11 | 105 | NICHOLS, TIMOTHY J. | Dividend paid 100.00% on $22,246.29; Claim# SURPLUS; Filed: $22,246.29; Reference: | 8200-000 | | 22,246.29 | 32,684.18 |
| 05/18/11 | 106 | Advantage Assets II, Inc. | Combined Check for Claims#4,4I | | | 5,174.39 | 27,509.79 |
| | | | Dividend paid 100.00%        5,159.28 on $5,159.28; Claim# 4; Filed: $5,159.28 | 7100-000 | | | 27,509.79 |
| | | | Dividend paid 100.00%        15.11 on $15.11; Claim# 4I; Filed: $15.11 | 7990-000 | | | 27,509.79 |
| 05/18/11 | 107 | Capital Recovery III LLC | Combined Check for Claims#7,7I | | | 3,587.20 | 23,922.59 |
| | | | Dividend paid 100.00%        3,576.72 on $3,576.72; Claim# 7; Filed: $3,576.72 | 7100-000 | | | 23,922.59 |
| | | | Dividend paid 100.00%        10.48 on $10.48; Claim# 7I; Filed: $10.48 | 7990-000 | | | 23,922.59 |
| 05/18/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#2,3,2I,3I | | | 5,470.96 | 18,451.63 |
| | | | Dividend paid 100.00%        3,446.04 on $3,446.04; Claim# 2; Filed: $3,446.04 | 7100-000 | | | 18,451.63 |
| | | | Dividend paid 100.00%        2,008.95 on $2,008.95; Claim# 3; Filed: $2,008.95 | 7100-000 | | | 18,451.63 |
| | | | Dividend paid 100.00%        10.09 on $10.09; Claim# 2I; Filed: $10.09 | 7990-000 | | | 18,451.63 |
| | | | Dividend paid 100.00%        5.88 on $5.88; Claim# 3I; Filed: $5.88 | 7990-000 | | | 18,451.63 |
| 05/18/11 | 109 | Chase Bank USA,N.A | Combined Check for Claims#5,5I | | | 2,455.27 | 15,996.36 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | | Subtotals : | $63,536.33 | $47,539.97 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-72874 |
| **Case Name:** | NICHOLS, TIMOTHY J. |
| | NICHOLS, JENNIFER K. |
| **Taxpayer ID #:** | **-***3798 |
| **Period Ending:** | 07/27/11 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******08-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%        2,448.10 on $2,448.10;  Claim# 5; Filed: $2,448.10 | 7100-000 | | | 15,996.36 |
| | | | Dividend paid 100.00%            7.17 on $7.17;  Claim# 5I; Filed: $7.17 | 7990-000 | | | 15,996.36 |
| 05/18/11 | 110 | Dell Financial Services L.L.C. | Combined Check for Claims#8,8I | | | 2,069.33 | 13,927.03 |
| | | | Dividend paid 100.00%        2,063.29 on $2,063.29;  Claim# 8; Filed: $2,063.29 | 7100-000 | | | 13,927.03 |
| | | | Dividend paid 100.00%            6.04 on $6.04;  Claim# 8I; Filed: $6.04 | 7990-000 | | | 13,927.03 |
| 05/18/11 | 111 | DOE | Combined Check for Claims#6,6I | | | 46.69 | 13,880.34 |
| | | | Dividend paid 100.00%           46.55 on $46.55;  Claim# 6; Filed: $46.55 | 7100-000 | | | 13,880.34 |
| | | | Dividend paid 100.00%            0.14 on $0.14;  Claim# 6I; Filed: $0.14 | 7990-000 | | | 13,880.34 |
| 05/18/11 | 112 | Fia Card Services, NA/Bank of America | Combined Check for Claims#10,10I | | | 3,928.82 | 9,951.52 |
| | | | Dividend paid 100.00%        3,917.34 on $3,917.34;  Claim# 10; Filed: $3,917.34 | 7100-000 | | | 9,951.52 |
| | | | Dividend paid 100.00%           11.48 on $11.48;  Claim# 10I; Filed: $11.48 | 7990-000 | | | 9,951.52 |
| 05/18/11 | 113 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#9,9I | | | 8,817.79 | 1,133.73 |
| | | | Dividend paid 100.00%        8,792.04 on $8,792.04;  Claim# 9; Filed: $8,792.04 | 7100-000 | | | 1,133.73 |
| | | | Dividend paid 100.00%           25.75 on $25.75;  Claim# 9I; Filed: $25.75 | 7990-000 | | | 1,133.73 |
| 05/18/11 | 114 | Roundup Funding, LLC | Combined Check for Claims#1,1I | | | 1,133.73 | 0.00 |
| | | | Dividend paid 100.00%        1,130.42 on $1,130.42;  Claim# 1; | 7100-000 | | | 0.00 |

| | | | | Subtotals : | $0.00 | $15,996.36 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-72874 |
| Case Name: | NICHOLS, TIMOTHY J. |
| | NICHOLS, JENNIFER K. |
| Taxpayer ID #: | **-***3798 |
| Period Ending: | 07/27/11 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******08-66 - Checking Account |
| Blanket Bond: | $1,500,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,130.42 | | | | |
| | | | Dividend paid 100.00%            3.31 on $3.31;  Claim# 1I; Filed: $3.31 | 7990-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 63,536.33 | 63,536.33 | $0.00 |
| Less: Bank Transfers | 63,536.33 | 0.00 | |
| **Subtotal** | 0.00 | 63,536.33 | |
| Less: Payments to Debtors | | 22,246.29 | |
| **NET Receipts / Disbursements** | **$0.00** | **$41,290.04** | |

| | |
|---|---|
| Net Receipts : | 63,536.33 |
| Net Estate : | $63,536.33 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******08-65** | 63,536.33 | 0.00 | 0.00 |
| **Checking # 9200-******08-66** | 0.00 | 41,290.04 | 0.00 |
| | $63,536.33 | $41,290.04 | $0.00 |